CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 1 1 2012

JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

DELANTE ROPER,
Petitioner

v.

UNITED STATES OF AMERICA,
Respondent.

Civil Action No. 5:12-cv-80414
Criminal Action No. 5:08-cr-00039

ORDER

By: Hon. Glen E. Conrad
United States District Judge

This case is before the court on the government's motion to dismiss the petitioner's 28 U.S.C. § 2255 motion to vacate. For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that the government's motion to dismiss is **GRANTED**, that the petitioner's motion to vacate is **DENIED**, and that a certificate of appealability is **DENIED**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to Roper and to all counsel of record.

ENTER: This 11th day of September, 2012.

[signature]

Chief United States District Judge